DAVIS YARN Co., INC., et al., Appellants and Respondents, *v.* BROOKLYN YARN DYE Co., INC., Respondent, and COMMERCIAL UNION ASSURANCE COMPANY, LTD., Respondent and Appellant, Impleaded with SENTINEL FIRE INSURANCE COMPANY et al., Defendants-Respondents.

Submitted May 17, 1943; decided May 27, 1943.

*Bert Cotton* for motion.

*John L. Fletcher* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.